# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BURGOS,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. 1:15-cv-00814-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 21)<br><br>DEADLINE: JUNE 25, 2019 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before June 25, 2019.

IT IS SO ORDERED.

Dated: __**April 26, 2019**__

UNITED STATES MAGISTRATE JUDGE