1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                 FRESNO DIVISION

11

12
    RICHARD BURGOS,                          Case No. 1:15-cv-00814-LJO-SAB
13
                                Plaintiff,   ORDER DIRECTING TO TERMINATE
14                                           MILIN CHUN AS ATTORNEY FOR
            v.                               PLAINTIFF
15
                                             (ECF No. 24)
16  EDMUND G. BROWN, JR., et al.,

17                             Defendants.

18

19          On May 14, 2019, Milin Chun, attorney for Plaintiff Richard Burgos, filed a notice that

20  she would not longer be representing Plaintiff in this action.  Plaintiff remains represented by

21  other counsel in the firm.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is

22  DIRECTED to terminate Milin Chun as attorney for Plaintiff in this action.

23
    IT IS SO ORDERED.
24
    Dated:   __**July 16, 2019**__          _____
25
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28
                                             1